IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES W.E. ZOLLIECOFFER'EL, )<br>　　　　　　　　　　　　　　　　 )<br>　　　　Plaintiff, 　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　 )<br>vs.　　　　　　　　　　　　　　　 )　　　　CIVIL NO. 06-1011-DRH<br>　　　　　　　　　　　　　　　　 )<br>ROGER E. WALKER, JR., *et al.*,　 )<br>　　　　　　　　　　　　　　　　 )<br>　　　　Defendants.　　　　　　　 ) | |

**MEMORANDUM AND ORDER**

**HERNDON, District Judge:**

　　Before the Court is Plaintiff's motion to reconsider the order which revoked his pauper status, finding that he is barred by the three-strikes provision. As basis for this motion, Plaintiff claims that he cannot afford the $350 filing fee, and thus the Court should not penalize him for his indigency. He also claims that he "truly forgot about the other civil suits he had filed back in 2001." Each of these claims may be true, but the statute is clear, and Plaintiff has accumulated at least three strikes.

　　Accordingly, the instant motion (Doc. 17) is **DENIED**. Plaintiff shall pay the full filing fee of $350 for this action within **FIFTEEN (15) DAYS** of the entry of this Order. If Plaintiff does not comply with this Order in the time allotted, this case will be closed for failure to comply with an order of this Court. FED.R.CIV.P. 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997)*; Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994).

　　**IT IS SO ORDERED.**

　　**DATED:** July 26, 2007.

　　　　　　　　　　　　　　　　　　　　　　　　/s/　David　RHerndon
　　　　　　　　　　　　　　　　　　　　　　　**DISTRICT JUDGE**